Index of Exhibits

| Exhibit No. | Description |
|---|---|
|  |  |
| 1 | Complaint |
| 2 | Civil Case Cover Sheet |
| 3 | Summons |
| 4 | Notice of Case Management Conference |